UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BILLY JOE DUGARD, | ) |
| Petitioner, | ) ) ) |
| vs. | ) )   No. 4:16-cv-0103-TWP-TAB |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

**Entry Granting Motion to Withdraw Counsel and Directing Further Proceedings**

Counsel for the petitioner has moved to withdraw her appearance on the petitioner's behalf. That motion [dkt. 9] is **granted** and the appearance of Sara J. Varner, Indiana Federal Community Defenders, shall be **withdrawn** as counsel for the petitioner.

On June 26, 2015, the United States Supreme Court held that the residual clause of the Armed Career Criminal Act ("ACCA") was unconstitutional based on vagueness. *Johnson v. United States*, 135 S.Ct. 2551 (2015). *Johnson* was determined to announce a new substantive rule of constitutional law that applied retroactively to ACCA defendants. *Welch v. United States,* 136 S.Ct. 1257 (2016).

Throughout this case, it has been presented that the petitioner's entitlement to relief depends on the retroactive application of *Johnson* to the Sentencing Guidelines, rather than the ACCA. In *Beckles v. United States,* No. 15-8544, __ U.S. __, 2017 WL 855781 (U.S. March 6, 2017), the Supreme Court held that the Sentencing Guidelines are not subject to vagueness challenges under the Due Process Clause, meaning that the *Johnson* doctrine does *not* apply to guidelines cases.

The *pro se* petitioner shall have **through April 28, 2017,** in which to either a) voluntarily dismiss this action or b) file a brief in support of his motion for relief pursuant to 28 U.S.C. § 2255 and thereby **show cause** why this action should not be dismissed as untimely and lacking merit under *Beckles*. If the petitioner files a brief in support, the United States shall have **fourteen (14) days** in which to respond.

**The clerk shall update** the docket to add the petitioner's address to the docket, as indicated in the distribution list on this Entry.

**IT IS SO ORDERED.**

Date:  3/22/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

Billy Joe Dugard
#10996-028
Inmate Mail/Parcels
Coleman II USP
P.O. Box 1034
Coleman, FL 33521

NOTE TO CLERK:  PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.